Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GLOVER, | ) |
| | ) |
| Plaintiff, | ) Case No.: 3:13-cv-1617-JCS |
| v. | ) |
| | ) |
| ENHANCED REOVERY COMPANY, LLC | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL** |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

*/S/ Amy L. Bennecoff*
Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff